IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| CHRISTA HINDS | ) | CASE NO.  3:21 CV 75 |
| | ) | |
| *Plaintiff* | ) | JUDGE WALTER H. RICE |
| | ) | Magistrate Judge Sharon L. Ovington |
| v. | ) | |
| | ) | **JOINT MOTION FOR APPROVAL OF** |
| MJ LUCKY DOG I, LLC, *et al.*, | ) | **SETTLEMENT AND FOR DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| *Defendants.* | ) | |

Plaintiff Christa Hinds and Defendants MJ Lucky Dog I, LLC, MJ Lucky Dog II, LLC, and Maryann Dempsey (collectively referred to as the "Parties") respectfully move the Court to enter an Order in the form filed herewith approving the settlement reached by the Parties and dismissing this matter, with prejudice.

The Parties' settlement is memorialized in a Settlement Agreement and General Release that is attached and incorporated herein as Exhibit A (the "Settlement"). The Settlement resolves all of the claims Plaintiffs asserted or could have asserted against Defendants, including claims under the Fair Labor Standards Act ("FLSA").

The Parties respectfully submit that the Settlement satisfies the criteria for approval under § 216(b) of the FLSA.  The Settlement was achieved following mediation between the parties facilitated by Magistrate Judge Sharon L. Ovington. If approved by the Court, the Settlement will fully and finally resolve all issues between Plaintiff and Defendants.

It is the position of the Plaintiff and her counsel that the amounts to be paid to the Plaintiff under the settlement are plenty adequate relative the amounts recovered by individual Plaintiffs in comparable litigation in this judicial district.

Moreover, Counsel for Plaintiffs hereby represent to the Court that they took a substantial discount off their actual lodestar attorney fees and costs to secure the Settlement on behalf of Plaintiff and Plaintiff has agreed in writing that Counsel for Plaintiff shall be paid the greater of (1) their hourly attorney fees and costs; or (2) one-third of the total amount recovered. Additionally, the Plaintiff has signed the settlement agreement indicating her approval of the fees and costs to be paid to Counsel for Plaintiffs. "The Supreme Court has indicated that the courts are to calculate attorney fees under the 'lodestar' method." *Goff v. Ruff Neon Lighting & Maintenance, Inc.*, 2017 WL 654493, at * 2 (N.D. Ohio February 13, 2017) (internalcitations omitted). There is a strong presumption that the calculated lodestar represents a reasonable fee. *Id.* (citing cases). In FLSA cases, "courts have rejected the notion that fee awards should be proportionately tied to a plaintiff's recovery." *Vasquez v. Ranieri Cheese Corp.*, No. 07 Civ. 464, 2011 WL 554695 at *4 (E.D.N.Y. February 7, 2011). "Given the nature of claims under the FLSA, it is not uncommon that attorney fee requests can exceed the amount of judgment in the case by many multiples." *Howe v. Hoffman-Curtis Partners Ltd.*, 215 Fed.Appx. 341, 342 (5th Cir. 2007); *Fegley v. Higgins*, 19 F.3d 1126, 1134-35 (6th Cir.1994). Given that Counsel for Plaintiffs substantially discounted their lodestar fees and costs, the settlement amounts are undoubtedly fair and reasonable.

Provided the Court approves the Settlement, the Parties further request that the Court enter an Order dismissing this matter, with prejudice, each party to bear its own costs and fees.

Accordingly, for the foregoing reasons, the Parties respectfully request that the Court approve the Settlement and dismiss this matter by entering the proposed Order that is being filed herewith.

Respectfully submitted,

*/s/ James L. Simon*
James L. Simon (#0089483)
Law Offices of Simon & Simon
5000 Rockside Road
Liberty Plaza Building – Suite 520
Independence, Ohio 44131
Telephone: (216) 525-8890
Email: james@bswages.com
*Attorney for Plaintiff*


*/s/ Michael P. Karst*
Michael P. Karst (#0091020)
mkarst@kwwlaborlaw.com
KASTNER WESTMAN & WILKINS, LLC
3550 West Market Street, Suite 100
Akron, OH 44333
330.867.9998 (t)
330.867.3786 (f)
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

The foregoing was filed electronically on January 10, 2022, and notice of this filing will be sent by operation of the Court's electronic filing system.

*/s/ Michael P. Karst*
Michael P. Karst (#0091020)
*Attorney for Defendants*

01076114-1                                   3