IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| CHRISA HINDS, | ) CASE NO. 3:21 CV 75 |
| | ) |
| *Plaintiff,* | ) JUDGE WALTER H. RICE |
| | ) Magistrate Judge Sharon L. Ovington |
| v. | ) |
| | ) |
| LUCKY DOG I, LLC, *et al.*, | ) **ORDER** |
| | ) |
| *Defendants.* | ) |

This matter comes before the Court upon the Parties Joint Motion for Approval of Settlement Agreement (Doc. 17). The Court is in receipt of the parties' Settlement Agreement and has fully reviewed the same. The Court concludes that the parties' Settlement Agreement is fair, just and equitable and it hereby approves the same.

**IT IS THEREFORE ORDERED** that the parties' Settlement Agreement is approved and this matter is dismissed with prejudice. The Court shall retain jurisdiction to enforce the terms of the parties' Settlement Agreement.

**IT IS SO ORDERED.**

JUDGE WALTER H. RICE